**FLIPPO v. HAYES**

[327 N.C. 490 (1990)]

WILLIAM W. FLIPPO v. RICHARD JONES HAYES, JR.

No. 197A90

(Filed 8 November 1990)

APPEAL of right by the defendant Richard Jones Hayes, Jr. pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 98 N.C. App. 115, 389 S.E.2d 613 (1990), reversing in part the judgment entered by *Ferrell, J.*, at the 8 November 1988 session of Superior Court, CATAWBA County. Heard in the Supreme Court 8 October 1990.

*Womble, Carlyle, Sandridge & Rice, by Richard T. Rice and Clayton M. Custer, for plaintiff-appellee.*

*Thomas N. Hannah for defendant-appellant.*

PER CURIAM.

Affirmed.